OPINION — AG — (1) IF AN EMPLOYEE COMES WITHIN THE GROUP OF PERSONS COVERED BY THE FAIR LABOR STANDARDS ACT, THEN THAT INDIVIDUAL IS ENTITLED TO THE MINIMUM WAGE, REGARDLESS OF ANY PRE EXISTING AGREEMENT ENTERED INTO BETWEEN THE EMPLOYER AND EMPLOYEE. (2) SCHOOL SUPPORT PERSONNEL ARE NOT COVERED BY THE MINIMUM WAGE PROVISION OF THE FAIR WAGE LABOR STANDARD ACT. (FEDERAL MINIMUM WAGE) CITE:29 U.S.C.A. 206 (KAY HARLEY JACOBS)